■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMEON BODIE, Appellant. [13 NYS3d 912]—Appeal by the defendant from a judgment of the County Court, Westchester

County (Zambelli, J.), rendered July 31, 2012, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The County Court provided a meaningful response to a jury note requesting clarification of the defense of justification (*see People v Nash*, 83 AD3d 872, 873 [2011]; *see also People v Whitney*, 95 AD3d 1147, 1147 [2012]; *People v Hayes*, 48 AD3d 831, 831 [2008]).

The defendant's contention that the County Court was biased against the defense is unpreserved for appellate review (*see People v Rodriguez*, 111 AD3d 856, 859 [2013]). In any event, the record does not support the defendant's contention (*see id.* at 859).

The defendant's challenges to comments the prosecutor made in the opening statement and during summation are unpreserved for appellate review because defense counsel did not object to the comments (*see* CPL 470.05 [2]; *People v Romero*, 7 NY3d 911, 912 [2006]; *People v Arroyo*, 309 AD2d 870, 871 [2003]). In any event, the challenged comments did not deprive the defendant of a fair trial (*see People v Olivo*, 23 AD3d 584, 584 [2005]).

The County Court providently exercised its discretion in denying the defendant's request to introduce evidence of the victim's prior conviction (*see People v Wilson*, 71 AD3d 799, 800 [2010]).

Contrary to the defendant's contention, the County Court providently exercised its discretion in admitting certain photographs into evidence, as the photographs were relevant to material issues in the case (*see People v Thomas*, 99 AD3d 737, 738 [2012]; *People v Collic*, 285 AD2d 514, 515 [2001]).

The defendant's remaining contentions are without merit. Eng, P.J., Hall, Hinds-Radix and LaSalle, JJ., concur.